```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION

In Re:                             )
                                   )
AREDIA and ZOMETA PRODUCTS         )   No. 3:06-MDL-01760
LIABILITY LITIGATION               )   Judge Campbell/Brown
(MDL No. 1760)                     )
                                   )
This Document Relates to           )
Case No. 3:06-CV-0815 (Frazier)    )
```

## O R D E R

Plaintiff has filed an amended motion for substitution in this matter (Docket Entry 7190). The Defendant has advised that they do not object to the Court's provisional granting of the motion pursuant to the case management order.

The amended motion for substitution is **GRANTED** to the extent that Mark Frazier is provisionally substituted as Plaintiff in this matter subject to the filing of a copy of the order appointing Mr. Frazier as the deceased Plaintiff's personal representative prior to this Court issuing a recommendation of remand.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge